**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EDILFREDO CHAVEZ, | ) | |
| Petitioner, | ) | 3:11-cv-00706-LRH-WGC |
| vs. | ) | **ORDER** |
| ROBERT LeGRAND, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On December 19, 2011, respondents filed a motion for an extension of time to file a response to the petition. (ECF No. 6.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including January 18, 2012, to file a response.

DATED this 20th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE