# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDILFREDO CHAVEZ, | ) | |
| Petitioner, | ) | 3:11-cv-00706-LRH-WGC |
| vs. | ) | **ORDER** |
| ROBERT LeGRAND, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion to dismiss this action without prejudice, which the Court construes as a request for voluntarily dismissal. (ECF No. 11). Petitioner indicates that he is pursuing proceedings in state court challenging his conviction. (*Id.*). The Court will grant the request pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that petitioner's motion to dismiss (ECF No. 11), construed as a motion for voluntary dismissal, is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to petitioner filing a timely federal petition in a new action, following exhaustion of state court remedies.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE